# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153465(41)

WILLIAM BRANDON,
              Plaintiff-Appellee,

v

DENISE L. HANDELSMAN, D.O.,
              Defendant-Appellant.

SC:  153465
COA:  324712
Livingston CC:  13-027756-NO

_____/

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing her reply is GRANTED.  The reply will be accepted as timely filed if submitted on or before June 3, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2016



Clerk